UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARL A. RENOWITZKY,
aka CARL A.R. HITLER, JR.,

    Plaintiff,

  v.

UNITED STATES,

    Defendant.

Case No. 20-cv-00718-WHO (PR)

**ORDER OF DISMISSAL**

After plaintiff filed a complaint, the Clerk sent him a notice directing him to (i) pay the filing fee or file an application to proceed *in forma pauperis* (IFP) and to (ii) file a complaint on this Court's form. Plaintiff has not complied with the Clerk's Notice in either respect. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen. Any such motion must contain (i) a complete application to proceed IFP (or full payment for the $400.00 filing fee); and (ii) a complaint on this Court's form; and

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** March 24, 2020

_____
WILLIAM H. ORRICK
United States District Judge